IN THE UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL S. CHUNG ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. _____ |
| ) | |
| BARCLAYS CAPITAL INC. ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

NOW COMES Defendant Barclays Bank Delaware, incorrectly named as Barclays Capital Inc. ("Barclays"), by and through undersigned counsel, and hereby gives notice of removal pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 of Civil Action No. 2014SC1002833, filed in the Superior Court of the District of Columbia. Barclays respectfully states the following as grounds for removal of this action:

1. Plaintiff initiated a state court proceeding on July 28, 2014 stylized as *Daniel S. Chung v. Barclays Capital Inc.*, Docket No. Action No. 2014SC1002833, in the Superior Court of the District of Columbia, alleging Barclays violated the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*, along with state law claims.

2. Pursuant to 28 U.S.C. § 1441(c)(1)(A), Plaintiff's state court proceeding is subject to removal as it includes a claim arising under the laws of the United States. Pursuant to 28 U.S.C. § 1441(c), such action, including any state law claims brought by the plaintiff, is subject to removal.

3. By reason of the foregoing, Barclays desires and is entitled to have the entirety of Plaintiff's state court proceeding removed from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

4. Barclays respectfully requests that this United States District Court accept this Notice of Removal, assume jurisdiction of the case, and issue such orders and processes as may be necessary going forward.

5. Pursuant to the requirements of 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after receipt and service of the Complaint on Barclays.

6. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be given to *pro se* Plaintiff, and a Notice to Court will be filed simultaneously with the Clerk of the Superior Court of the District of Columbia.

7. Copies of all process, pleadings, and orders served on Barclays in the Superior Court action are attached hereto as **Exhibit 1**.

WHEREFORE, Defendant Barclays Bank Delaware prays that the action now pending against it in the Superior Court of the District of Columbia, be removed to the United States District Court for the District of Columbia.

This the 2nd day of September, 2014.

ETHRIDGE, QUINN, KEMP,
MCAULIFFE, ROWAN & HARTINGER

/s/ Michael L. Rowan
Michael L. Rowan
33 Wood Lane
Rockville, MD 20850\
Bar No. 450038
301-762-1696
301-762-7691 (fax)
mlr@eqkmrh.com

Attorneys for Barclays Bank Delaware

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this day a copy of the foregoing was mailed by US mail, postage prepaid to the following:

David S. Chung
1881 N. Nash Street
Apt. 611
Arlington, VA  22209

This the 2nd day of September, 2014.

ETHRIDGE, QUINN, KEMP,
MCAULIFFE, ROWAN & HARTINGER

/s/ Michael L. Rowan
Michael L. Rowan